UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANNE A. CANEDO, ET AL                        CIVIL ACTION

VERSUS                                       NO: 07-6284

STATE FARM FIRE & CASUALTY                   SECTION: "J"(5)
INSURANCE COMPANY, ET AL

                              **ORDER**

   Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant State Farm Fire and Casualty Company's **Motion for Partial Summary Judgment As to Consequential Damages Under LSA-R.S. 22:1220 (Rec. Doc. 18)**, set for hearing on June 11, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

   **IT IS ORDERED** that **Defendant's Motion for Partial Summary Judgment As to Consequential Damages Under LSA-R.S. 22:1220 (Rec. Doc. 18)** is **GRANTED** and that any claim for consequential damages

under LSA-R.S. 22:1220, including claims for mental anguish damages, are hereby **DISMISSED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 5th day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE